In the Matter of WILLIAM D. TRAUB, Petitioner, against ALLEN J. GOODRICH et al., Constituting the State Tax Commission, Respondents.—

Bergan, Coon, Halpern and Zeller, JJ., concur; Foster, P. J., dissents.